# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

**WM. FREMMING NIELSEN**
*Senior Judge*

*Post Office Box 2208*
*Spokane, Washington 99210-2208*
*Telephone 509.458.5290*

July 3, 2008

Judicial Conference of the United States Courts
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

RECEIVED 2008 JUL -9 A 10: 47 FINANCIAL DISCLOSURE OFFICE

Re:   Calendar Year 2007 Filing

Dear Judge Smith:

The information you have requested is as follows:

   Page 4, line 12:  Richards Merrill & Peterson
   Page 9, Line 86:  Dain Rauscher

As you have requested, I have enclosed three copies of this response.

Very truly yours,

Wm. Fremming Nielsen
Senior U.S. District Judge

L04\145:jlk

Enclosures



| AO 10 | FINANCIAL DISCLOSURE REPORT | *Report Required by the Ethics* |
|---|---|---|
| *Rev. 1/2008* | FOR CALENDAR YEAR 2007 | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NIELSEN, WILLIAM F | USDC, ED OF WA | 04/30/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, SENIOR | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| POST OFFICE BOX 2208<br>SPOKANE, WASHINGTON 99210-2208 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Committee Member | Spokane YMCA Endowment Committee |
| 2. Committee Member | Museum of Arts and Culture |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



COPY

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tampa Bay Chapter of Federal Bar Association | 05/23/07 to 05/25/07 | Salt Lake City, Utah | Sentencing Seminar | Hotel Room & Food * Incidentals paid directly, Airline Tickets & add'l Food & Indicentals reimbursed |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. WFN SP RMP | | | | | | | | | |
| 2. Amer Intl Group | A | Dividend | K | T | | | | | |
| 3. Applebees | A | Dividend | | | SOLD | 4/17 | K | E | |
| 4. Atmel Corp. | | None | J | T | | | | | |
| 5. Auto Data Proc. Com | A | Dividend | K | T | | | | | |
| 6. Bed Bath | | None | K | T | | | | | |
| 7. Berkshire Hath | | None | N | T | | | | | |
| 8. Biovail Corp. | | None | K | T | | | | | |
| 9. Brightpoint | | None | K | T | | | | | |
| 10. Broadridge Fin Sol | A | Dividend | J | T | SPINOFF | 3/07 | J | | Spin-off ADP |
| 11. Capitol One | A | Dividend | K | T | | | | | |
| 12. Cash | A | Interest | J | T | | | | | |
| 13. Cisco | | None | J | T | BOT | 4/11 | J | | |
| 14. Citigroup Inc. | A | Dividend | J | T | | | | | |
| 15. Coca Cola | A | Dividend | K | T | | | | | |
| 16. Com 21 Inc | | None | J | T | | | | | |
| 17. First Data | A | Dividend | | | SOLD | 1/20 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Flextronics | | None | L | T | | | | | |
| 19. Global Crossing | | None | | | SOLD | 1/14 | K | A | |
| 20. Home Depot | A | Dividend | L | T | | | | | |
| 21. Honeywell Intl | A | Dividend | L | T | BOT | 4/17 | K | | |
| 22. Illinois Tool Wks | A | Dividend | K | T | BOT | 7/18 | K | | |
| 23. Intel Com | A | Dividend | K | T | | | | | |
| 24. Intuitive Surg | | None | J | T | | | | | |
| 25. Johnson & Johnson Com | A | Dividend | K | T | | | | | |
| 26. LSI Logic | | None | K | T | | | | | |
| 27. Lear Corp. | A | Dividend | | | SOLD | 7/17 | L | D | |
| 28. Microsoft | A | Dividend | K | T | | | | | |
| 29. St. Joe Co. | A | Dividend | J | T | | | | | |
| 30. St. Jude Med | | None | K | T | | | | | |
| 31. Safeway | A | Dividend | J | T | | | | | |
| 32. Stryker Corp. | A | Dividend | | | SOLD | 10/31 | K | D | |
| 33. United Health Grp | A | Dividend | K | T | BOT | 7/18 | K | | |
| 34. Western Union | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36.  WFN SP | | | | | | | | | |
| 37.  Inland N.W. Venture Fund | | None | J | U | | | | | |
| 38.  NW Venture Assc Fund | | None | K | U | | | | | |
| 39. | | | | | | | | | |
| 40.  WFN SP83 | | | | | | | | | |
| 41.  Aber-Fitch | A | Dividend | J | T | | | | | |
| 42.  AFLAC | A | Dividend | K | T | | | | | |
| 43.  Allied Cap | A | Dividend | J | T | | | | | |
| 44.  Amer Exp Co | A | Dividend | K | T | | | | | |
| 45.  Ameriprise Finc | A | Dividend | J | T | | | | | |
| 46.  Amgen | | None | K | T | | | | | |
| 47.  Baxter Intl | A | Dividend | L | T | | | | | |
| 48.  Bed-Bath-B | | None | J | T | | | | | |
| 49.  Berk Hathwy Com | | None | M | T | | | | | |
| 50.  Bristol Meyers Squibb | B | Dividend | | | SOLD | 3/27 | J | | |
| 51.  Carnival Corp | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cisco | | None | J | T | | | | | |
| 53. Citadel BRDCSTNG | | None | J | T | SPINOFF | 7/2 | J | | |
| 54. Coca Cola | A | Dividend | K | T | | | | | |
| 55. Colgate Com | B | Dividend | L | T | | | | | |
| 56. Disney Com | A | Dividend | L | T | | | | | |
| 57. Helen of Troy | | None | | | SOLD | 11/21 | J | A | |
| 58. Home Depot | A | Dividend | L | T | | | | | |
| 59. Intel Corp | A | Dividend | K | T | | | | | |
| 60. Johnson & Johnson | A | Dividend | L | T | | | | | |
| 61. McDonalds Corp | A | Dividend | K | T | | | | | |
| 62. Medtronic | A | Dividend | K | T | | | | | |
| 63. Merrill Lynch Com | A | Dividend | L | T | | | | | |
| 64. Microsoft Corp | A | Dividend | | | GIFTED | 1/18 | J | | Gifted in 2006, overlooked |
| 65. NW Bancorp | A | Dividend | K | T | | | | | |
| 66. NY Comm Bank | A | Dividend | J | T | | | | | |
| 67. Oracle Corp. | | None | K | T | | | | | |
| 68. Pfizer | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Proctor & Gamble Co. | A | Dividend | K | T | | | | | |
| 70. Safeway | A | Dividend | K | T | | | | | |
| 71. Stanley Works | A | Dividend | K | T | | | | | |
| 72. Starbuck's | | None | J | T | | | | | |
| 73. S.W. Airlines Com | A | Dividend | K | T | | | | | |
| 74. Sysco | A | Dividend | J | T | BOT | 11/21 | J | | |
| 75. Target | A | Dividend | K | T | | | | | |
| 76. Timberland | | None | J | T | | | | | |
| 77. Walgreen Co. | A | Dividend | K | T | | | | | |
| 78. Waters Corp. | | None | K | T | | | | | |
| 79. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. WFN SPDRSEA | | | | | | | | | |
| 82. Abercrombie & F | A | Dividend | | | SOLD | 4/12 | K | C | |
| 83. Amer Intl Grp | A | Dividend | K | T | | | | | |
| 84. Barr Labs | | None | J | T | BOT | 4/12 | J | | |
| 85. Bed Bath | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Cash | A | Interest | J | T | | | | | |
| 87.   Chevron Corp. | A | Dividend | K | T | | | | | |
| 88.   Chicos | | None | | | SOLD | 6/26 | J | | |
| 89.   Constellation Brands | | None | K | T | | | | | |
| 90.   E-Bay | | None | J | T | BOT | 8/30 | J | | |
| 91.   Freescale Semiconductor | | None | J | T | SOLD | ?? | J | | Spin-off on unknown date |
| 92.   Heinz Com | A | Dividend | J | T | | | | | |
| 93.   Home Depot | A | Dividend | J | T | | | | | |
| 94.   Ingram Micro | | None | J | T | | | | | |
| 95.   J. Hancock Bank & Thrift | A | Dividend | J | T | BOT | 11/7 | | | |
| 96.   Medtronics Inc | A | Dividend | J | T | | | | | |
| 97.   Motorola | A | Dividend | J | T | | | | | |
| 98.   Oracle Corp Com | | None | K | T | | | | | |
| 99.   Proctor & Gamble | A | Dividend | K | T | | | | | |
| 100.  Red Robin | | None | J | T | BOT | 1/22 | | | |
| 101.  Schering P Com | A | Dividend | K | T | | | | | |
| 102.  Starbucks | | None | J | T | BOT | 6/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wash Mutual | A | Dividend | J | T | | | | | |
| 104. | | | | | | | | | |
| 105. ▇ SP RMP 346 | | | | | | | | | |
| 106. American Exp | A | Dividend | J | T | | | | | |
| 107. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 108. Amgen | | None | | | SOLD | 3/17 | J | B | |
| 109. Berkshire Hath | | None | K | T | | | | | |
| 110. Brightpoint | | None | K | T | BOT | 3/20 | K | | |
| 111. Citi Group | A | Dividend | K | T | | | | | |
| 112. Costco | A | Dividend | J | T | | | | | |
| 113. Fiserv Inc. | | None | J | T | BOT | 3/20 | J | | |
| 114. Flextronics | | None | J | T | | | | | |
| 115. Helen of Troy | | None | | | SOLD | 3/17 | J | | |
| 116. Home Depot | A | Dividend | J | T | | | | | |
| 117. Intel Corp. | A | Dividend | J | T | | | | | |
| 118. Johnson-Johnson | A | Dividend | K | T | BOT | 3/21 | K | | |
| 119. Lear Corp. | A | Dividend | | | SOLD | 3/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. LSI Logic | | None | J | T | | | | | |
| 121. Medtronic | A | Dividend | J | T | | | | | |
| 122. Microsoft | A | Dividend | J | T | | | | | |
| 123. Pfizer | A | Dividend | | | SOLD | 3/15 | K | B | |
| 124. Southwest Airlines | A | Dividend | J | T | | | | | |
| 125. Starbucks | | None | J | T | BOT | 8/24 | J | | |
| 126. Stryker | A | Dividend | J | T | | | | | |
| 127. Sysco Corp. | A | Dividend | J | T | | | | | |
| 128. Target | A | Dividend | J | T | | | | | |
| 129. TEVA Pharm | A | Dividend | J | T | BOT | 3/21 | J | | |
| 130. Wells Fargo | A | Dividend | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. Amer Cent Intl Growth Fund | A | Dividend | K | T | | | | | |
| 133. ML Annuity Ret Plus 27 | A | Dividend | L | T | | | | | |
| 134. West Coast Eq. Fund | A | Dividend | K | T | | | | | |
| 135. | | | | | | | | | |
| 136. ▬ SP RMP 139 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Bed Bath Beyond | | None | J | T | BOT | 3/19 | J | | |
| 138. Bristol Meyer Squib | A | Dividend | | | SOLD | 3/19 | J | | |
| 139. Home Depot | A | Dividend | J | T | | | | | |
| 140. Illinois Tool | A | Dividend | J | T | BOT | 3/20 | J | | |
| 141. Lear | A | Dividend | | | SOLD | 7/27 | J | | |
| 142. Lord Abbett Affiliated Fund | A | Dividend | K | T | | | | | |
| 143. Sealed Air | A | Dividend | | | SOLD | 3/14 | J | | |
| 144. Solectron | | None | | | SOLD | 3/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F | 04/30/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544